USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/22/2026

Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

MEMO ENDORSED

September 21, 2026

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Jamaal Sinclair*
17 Cr. 644 (NSR)

Dear Judge Román,

I was appointed to represent Mr. Sinclair on a pending case before Judge Karas, 26 Cr. 364 (KMK). USPO Michelle Millan is preparing a new PSR for my client, who pleaded guilty to an Information. Officer Millan has the PSR from the 2017 case, but advised she may not share it with me without your permission.

This is an application to authorize the Probation Officer to share the PSR for 17-644 with me.

Very truly yours,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER

**The Court is in receipt of defense counsel's application. The government is directed to respond to defense's application by September 25, 2026. The Clerk of Court is kindly directed to terminate the motion at ECF No. 546.**

**Dated: September 21, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE